UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, and INDIANA/KENTUCKY/OHIO REGIONAL COUNSEL OF CARPENTERS,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERH SERVICES, LLC,<br><br>*Defendant*. | ) | No. 1:23-cv-01691-JMS-MG |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Mario Garcia's Report and Recommendation in which he recommends that the Court grant Plaintiffs' Motion for Default Judgment and enter Judgment against Defendant ERH Services, LLC ("ERH") in the aggregate amount of $49,622.67. [Filing No. 75.] ERH has not objected to the Report and Recommendation and the deadline for doing so has expired.

Magistrate Judge Garcia held a damages hearing on September 24, 2026 in which he heard witness testimony and admitted a Collective Bargaining Agreement and an Audit Report into evidence. [Filing No. 74.] The Court agrees with Magistrate Judge Garcia's recommendation that the allegations of the Amended Complaint establish ERH's liability because default has been entered against ERH. [*See* Filing No. 75 at 4-7.] Accordingly, the Court agrees that default judgment against ERH is appropriate.

As to damages, the Court accepts Magistrate Judge Garcia's findings from the damages hearing that Plaintiffs correctly calculated that ERH owed $19,430.76 in unpaid contributions for ERH employee Taylor Urban, and $16,599.67 in unpaid contributions for subcontractors Casey Binder, Tracy Hatcher, and Jason Smith. [*See* Filing No. 75 at 7-10.] It also agrees with Magistrate Judge Garcia's recommendation that the award of the following amounts is appropriate: $3,603.04 in liquidated damages; $7,489.20 in interest; $2,500 in audit fees; and reasonable attorneys' fees and costs to be determined. [*See* Filing No. 75 at 10-11.] Plaintiffs shall file a motion for attorneys' fees and costs with supporting documentation, which sets forth the specific amounts it seeks, within **30 days** of the entry of this Order.

The Court **ADOPTS** the Report and Recommendation, [75], and, for the reasons discussed in the Report and Recommendation, **GRANTS** Plaintiffs' Motion for Default Judgment, [57]. Final Judgment consistent with this Order shall enter accordingly.[1]

Date: 10/19/2026

Jane Magnus-Stinson

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

[1] Although Plaintiffs may seek attorneys' fees and costs, the Court will enter Final Judgment contemporaneously with this Order. *See* Fed. R. Civ. P. 58(e) ("[T]he entry of final judgment may not be delayed…in order to tax costs or award fees.").